

United States Courts
Southern District of Texas
ENTERED

NOV 29 2002

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T & T SPORTS MARKETING, LTD., A CAYMAN ISLANDS CORPORATION, PLAINTIFF, | § § § § | |
| v. | § | CIVIL ACTION NO. H-01-3716 |
| DREAM SPORTS INTERNATIONAL, LLC, A TEXAS LIMITED LIABILITY COMPANY AND DREAM SPORTS INTERNATIONAL, LLP, A TEXAS LIMITED PARTNERSHIP, DEFENDANTS | § § § § § § | |

### ORDER

The plaintiff's motion for leave to file an amended complaint (#48) is granted.

It is so ORDERED.

Signed this 27th day of November, 2002.

KENNETH M. HOYT
United States District Judge

