## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE | **KENNETH M. HOYT** | PRESIDING | |
| COURTROOM CLERK | **M. BAIRD** | | |
| COURT REPORTER | K. Metzger | | |
| MORNING | 9:12 - 12:30 | AFTERNOON | 1:45 - 5:01 |
| | | DATE | 5/7/03 |

CA H 01-3716

T & T SPORTS MARKETING, LTD.   v.   DREAM SPORTS INTERNATIONAL, L.L.C., ET AL.

**DOCKET ENTRY:**

(KMH   JURY TRIAL (6TH DAY)            RPTR   K. METZGER   )

**APPEARANCES:**

For Plaintiff   **SAME AS FIRST DAY**

For Defendant   **SAME AS FIRST DAY**

Defendant's case begins and ends

Plaintiff's Motion for Reconsideration of oral Order declaring T & T breached contract - Under Advisement

Continued to 5/8/03 at 8:30 a.m

#146